HEATHER E. WILLIAMS
Federal Defender
ANN C. MCCLINTOCK
Assistant Federal Defender
801 I Street, 3rd Floor
Sacrament, CA 95814
Telephone:  (916) 498-5700
Facsimile:   (916) 496-5710

Attorneys for Defendant
MICHAEL WAYNE NORTHCUTT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WAYNE NORTHCUTT,<br><br>Defendant. | CASE NO. 1:97-CR-5033-JLT<br>1:96-CR-05067-JLT<br><br>~~PROPOSED~~ ORDER |

ORDER

The Court has read and considered the Defendant's motion to withdraw counsel and to return him to pro se status.  For good cause shown:

1.    The Federal Defender and its counsel are terminated as counsel for Defendant; and

2.    Defendant is returned to pro se status.

IT IS SO ORDERED.

Dated:  February 20, 2026

_____
DISTRICT COURT JUDGE

1